UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION FUND,
SHEET METAL WORKERS' LOCAL UNION NO. 80 ANNUITY FUND,
SHEET METAL WORKERS' LOCAL UNION NO. 80 INSURANCE TRUST FUND,
and SHEET METAL WORKERS' LOCAL UNION NO. 80 SUPPLEMENTAL
UNEMPLOYMENT BENEFIT FUND,

                Plaintiffs,

                                              CASE NO. 04-72150
v.                                           HON. LAWRENCE P. ZATKOFF

MARTIN VAITKEVICIUS, individually and d/b/a
V & V ERECTORS, INC. and B & B ERECTORS,
WALTER VAITKEVICIUS, individually and d/b/a
B & B ERECTORS,

                Defendants.
_____/

## ORDER AMENDING JUDGMENT

On October 28, 2005, the Court entered a Consent Judgment between Plaintiffs and Defendants. The Judgment specified that Defendants would submit books and records to Plaintiffs to determine the total amount of Defendants' indebtedness. Plaintiffs would then be allowed to file a Motion for Amended Judgment. On February 3, 2006, Plaintiffs submitted their Motion for Amended Judgment. Defendants did not respond to the motion, and on March 15, 2006, the Court issued an Order requiring Defendants to show cause why Plaintiffs' motion should not be granted. Defendants did not respond to the Show Cause Order.

Therefore, Plaintiffs' Motion for Amended Judgment is GRANTED. Judgment will be entered in the amount of $43,810.44.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 17, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290