UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION FUND,
SHEET METAL WORKERS' LOCAL UNION NO. 80 ANNUITY FUND,
SHEET METAL WORKERS' LOCAL UNION NO. 80 INSURANCE TRUST FUND,
and SHEET METAL WORKERS' LOCAL UNION NO. 80 SUPPLEMENTAL
UNEMPLOYMENT BENEFIT FUND,

                Plaintiffs,

                                                    CASE NO. 04-72150
v.                                               HON. LAWRENCE P. ZATKOFF

MARTIN VAITKEVICIUS, individually and d/b/a
V & V ERECTORS, INC. and B & B ERECTORS,
WALTER VAITKEVICIUS, individually and d/b/a
B & B ERECTORS,

                Defendants.
_____/

## AMENDED JUDGMENT

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated April 17, 2006, the Court hereby enters JUDGMENT in favor of the Plaintiffs against Defendants in the amount of $43,810,44 .

    Dated at Detroit, Michigan, this 17th day of April, 2006.

                                               DAVID J. WEAVER
                                               CLERK OF THE COURT

                             BY:    s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE